# EXHIBIT A

# INDEX OF MATTERS BEING FILED

Exhibit A – Index of Matters Being Filed

Exhibit B – State Court Docket Sheet

Exhibit C – All Pleadings

- Exhibit C-1 – Plaintiffs' Original Petition (State Court)
- Exhibit C-2 – SBM LifeScience Corp.'s Original Answer
- Exhibit C-3 – Bayer CropScience LLC's Notice of Filing Notice of Removal (State Court)

Exhibit D – SBM LifeScience Corp.'s Consent to Removal

Exhibit E – All executed Process in the Case

- Exhibit E-1 – Affidavit of Service on Bayer CropScience LLC
- Exhibit E-2 – Affidavit of Service on Bayer CropScience LP
- Exhibit E-3 – Affidavit of Service on SBM LifeScience Corp.

Exhibit F – List of All Counsel of Record (Addresses / Telephone Numbers / Parties Represented)